UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

**Senator Bill DeSteph**

    **Plaintiff**

                                            Case No: 3:20cv951

v.

**Senator Mamie Locke, et al.**

    Defendants

## PLAINTIFF'S MOTION TO ALLOW ELECTRONIC APPEARANCE OF WITNESS

    The Plaintiff moves for this Court to allow witness David LaRock to appear and testify at the December 31, 2020 evidentiary hearing via telephonically or video conferencing.

    This request is made pursuant to the Judicial Conference of the United States authorization for teleconferencing in civil proceedings.[1]

    David LaRock has become a primary caretaker for an elderly family member who suffered a stroke on December 25, 2020 and who is deemed high risk for quarantine protocols to avoid exposure to COVID-19.

    Counsel for the Plaintiff advised counsel for the Defendants of this request via email on December 30, 2020 who responded and stated the Defendants would be objecting to this motion.

---

[1] https://www.uscourts.gov/news/2020/03/31/judiciary-authorizes-videoaudio-access-during-covid-19-pandemic

Respectfully Submitted,

Bill DeSteph

By:/s/_____.

Timothy Anderson
Anderson & Associates PC
2492 N. Landing Rd 104
Virginia Beach VA 23456
757-301-3636 Tel
757-301-3640 Fax
VSB 43803
Counsel for Plaintiff
timanderson@virginialawoffice.com

Certificate of Service:

I certify that I filed a true copy of this Reply on the __30__ of December 2020 causing CM/ECF notice to be transmitted to the Office of the Attorney General.

By:/s/_____.

Timothy Anderson
Anderson & Associates PC
2492 N. Landing Rd 104
Virginia Beach VA 23456
757-301-3636 Tel
757-301-3640 Fax
VSB 43803
Counsel for Plaintiff
timanderson@virginialawoffice.com