IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BILL DESTEPH,
    Plaintiff,

v.                                              Civil No. 3:20cv951 (DJN)

MAMIE E. LOCKE, *et al.*,
    Defendants.

## ORDER
**(Denying Plaintiff's Motion)**

This matter comes before the Court on Plaintiff's Motion to Allow Witness to Appear Electronically (ECF No. 10). For the reasons stated during the on-the-record call with counsel on December 30, 2020, the Court hereby DENIES Plaintiff's Motion (ECF No. 10). Additionally, for the reasons stated during the call, the Court FINDS that Plaintiff's proposed witnesses Dr. Roxann Robinson, David LaRock, Meg Graham and Carrie Coyner are precluded from testifying during the hearing on December 31, 2020.

    Let the Clerk file a copy of this Order electronically and notify all counsel of record.

    It is so ORDERED.

                                                      /s/
                                             David J. Novak
                                             United States District Judge

Richmond, Virginia
Dated: December 30, 2020