CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                               DATE: 12/31/2020

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| Senator Bill DeSteph<br><br>v.<br><br>Senator Mamie E. Locke, et al | Case No. 3:20CV00951 (DJN)<br><br>Judge: Novak<br><br>Court Reporter: Tracy Stroh, OCR |

MATTER COMES ON FOR: ( ) BENCH TRIAL ( ) MOTION HEARING (X) OTHER:

APPEARANCES:   Parties by ( x ) with (  ) counsel        Pro Se (  )

EVIDENTIARY HEARING: _____

TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) (  )   DEFENDANT(S) (  ) Court (✓)

OPENING STATEMENTS MADE (  )        OPENING WAIVED (  )

PLAINTIFF(S) ADDUCED EVIDENCE (✓) RESTED (  ) MOTION (✓) _Strike - DENIED_

DEFENDANT(S) ADDUCED EVIDENCE (✓)   RESTED (  ) MOTION (  ) _____

REBUTTAL EVIDENCE ADDUCED (  )   SUR-REBUTTAL EVIDENCE ADDUCED (  )

EVIDENCE CONCLUDED (  )    ARGUMENTS OF COUNSEL HEARD (  )

COURT FOUND IN FAVOR OF PLAINTIFF(S)  (  )    MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) (  ) _____

CLERK TO ENTER JUDGMENT ON DECISION (  )   TRIAL EXHIBITS RETURNED TO COUNSEL (  )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS:

Arguments of counsel heard. Findings made by the Court.

STIPULATED EXHIBITS - Pltf's Exhibits 1-5 Admitted; Deft's Exhibits 1, 2, 6-8 ADMITTED. Judicial Notice taken as to Deft's Exhibits 4-8. Deft's Exhibit 3 - struck. Court addressed resolution w/o ruling. Parties have an agreed upon resolution. Status telephone call set for Jan. 8th at 11:00 A.M.

Counsel for Plaintiff(s): Timothy V. Anderson

Counsel for Defendant(s): Samuel T. Towell, Blaire H. O'Brien and Jacqueline C. Hedblom

SET: 10:00        BEGAN: 10:00, 12:10, 2:30, 3:50        ENDED 12:06, 1:13, 2:45, 4:07        Time in Court: 2:00, 1:03, :15, :12 / 3:30

RECESSES: NOON - 12:10, 1:13 -