OAO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **Virginia - Richmond Division**

**Senator Bill DeSteph**

v.

**Senator Mamie E. Locke, et al**

## EXHIBIT AND WITNESS LIST

Case Number: **3:20CV00951 (DJN)**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Novak | | |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 12/31/2020 | Tracy Stroh, OCR | CNGarner |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Senator Bill DeSteph |
| | | | | | Anthony Gulotta, Cpt. Capitol Police |
| | | | | | Susan Clarke Schaar |
| | | | | | Suzette P. Denslow |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages